# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CONRAY CARROLL                                                                                           PLAINTIFF
ADC #110901

V.                                        NO: 5:16CV00208 JM/PSH

DALE REED *et al*                                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Conray Carroll, an inmate at the Arkansas Department of Correction's Tucker Unit, filed a *pro se* complaint and an application for leave to proceed *in forma pauperis* on July 7, 2016.

Because Carroll's complaint should be dismissed without prejudice pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed *in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any

1

facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Carroll has had more than three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Carroll v. Mitchell et al*, 5:99CV00064; *Carroll v. Hobbs*, 5:11CV00003; *Carroll v. Huckabee*, 4:04CV00422; *Carroll v. Piazza, et al*, 4:05CV00430.[1] The Court additionally finds, based on the allegations contained in Carroll's present complaint, that he is not in imminent danger of serious physical injury. Specifically, Carroll complains that his sentence and transfer eligibility date have been miscalculated. Such claims do not describe imminent danger of serious physical injury.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Conray Carroll's application for leave to proceed *in forma pauperis* (Doc. No. 1) be DENIED, and his complaint be DISMISSED WITHOUT PREJUDICE. If Carroll wishes to continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be reopened.

---

[1]*Carroll v. Piazza et al* was dismissed in part based on immunity. However, the district court also found the complaint failed to state a claim, and the dismissal qualifies as a strike. *See Castillo-Alvarez v. Krukow*, 768 F.3d 1219 (8th Cir. 2014) (dismissal based on immunity not a strike when district court did not state action was frivolous, malicious, or failed to state a claim); *Ellis v. Davis*, 2016WL 3254071 (8th Cir. 2016)(unpublished per curiam)(dismissal was based on immunity without alternative dismissal as frivolous or for failure to state a claim).

2.       The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 26th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE