### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CONRAY CARROLL                                                                                    PLAINTIFF

V.                                              NO: 5:16CV00208 JM

DALE REED *et al*                                                                                 DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff Conray Carroll's application for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and his complaint is DISMISSED WITHOUT PREJUDICE.  If Carroll wishes to continue this case, he is required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case.  Upon receipt of the motion and full payment, this case will be reopened.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE